JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER,<br><br>              Plaintiff(s),<br><br>  vs.<br><br>LB APT. RENTALS, LLC, et al.<br><br>              Defendant(s). | Case No. 2:17-cv-04450-RGK-AGR<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On September 22, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, requiring a written response by September 29, 2017. On September 29, 2017, plaintiff filed a stipulation extending the time for defendant LB Apt. Rentals, LLC to respond to the complaint to October 16, 2017. As of this date, no answer or responsive document has been filed and plaintiff has not moved for default, therefore, the matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 19, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE